**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000085**
**13-DEC-2023**
**08:16 AM**
**Dkt. 63 OAWST**

NOS. CAAP-23-0000085 and CAAP-23-0000214
(consolidated)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

K.C., Petitioner-Appellee, v.
M.C., Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. 5FFM-22-0000108)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the November 20, 2023 "Joint Stipulation to Dismiss Consolidated Appeal; Order" (**Stipulation**) filed by Respondent-Appellant M.C., the papers in support, and the record, it appears that: (1) the appeals in CAAP-23-0000085 and CAAP-23-0000214 are consolidated under CAAP-23-0000085; (2) the appeal has been docketed; (3) the parties stipulate to dismiss the consolidated appeal and bear their own attorneys' fees and costs on appeal; (4) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the consolidated appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 13, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge